NUMBER 13-04-357-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

LEE COLEMAN, JR.,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 105th District Court 
of Kleberg County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, LEE COLEMAN, JR., perfected an appeal from a judgment entered by
the 105th District Court of Kleberg County, Texas, in cause number 01-CR-044-1. 
Appellant has filed a motion to withdraw the appeal. The motion complies with Tex.
R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
withdraw the appeal, is of the opinion that appellant's motion to withdraw the appeal
should be granted. Appellant's motion to withdraw the appeal is granted, and the
appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 6th day of January, 2005.